LAW OFFICES OF SCOTT L. TEDMON
A Professional Corporation
SCOTT L. TEDMON, CA. BAR # 96171
1050 Fulton Avenue, Suite 218
Sacramento, California 95825
Telephone: (916) 482-4545
Facsimile: (916) 482-4550
Email: tedmonlaw@comcast.net

Attorney for Defendant
BRADLEY DAYLEY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> BRADLEY DAYLEY, <br><br> Defendant. | Cr. No. S-09-523 EJG <br><br> STIPULATION AND <br> ORDER TO CONTINUE RESTITUTION <br> HEARING <br><br> Date: March 2, 2012 <br> Time: 10:00 a.m. <br> Judge: Hon. Edward J. Garcia |

The United States of America, through Assistant U.S. Attorney Laurel D. White, and defendant Bradley Dayley, through his counsel Scott L. Tedmon, hereby stipulate and agree as follows:

1. The restitution hearing in this case is set for Friday, March 2, 2012 at 10:00 a.m.

2. Counsel for both the government and defendant Dayley have been working towards an agreed upon resolution regarding restitution. Counsel for the government has recently received information from the victim that relates to the issue of restitution. The government and defense need additional time to review this information in order to appropriately assess and determine restitution.

3. As such, the government and defendant Dayley stipulate it is appropriate to continue the current restitution hearing to Friday, March 30, 2012 at 10:00 a.m. The Court's availability for the March 30, 2012 status conference date has been confirmed.

- 1 -

1.     4. Accordingly, the parties agree to waive the statutory time for holding the restitution hearing and stipulate the Court should continue the restitution hearing to March 30, 2012.

    Finally, Scott L. Tedmon has been authorized by all counsel to sign this stipulation on their behalf.

**IT IS SO STIPULATED.**

| | |
|---|---|
| DATED: February 28, 2012 | BENJAMIN B. WAGNER<br>United States Attorney |
| | /s/ Laurel D. White<br>LAUREL D. WHITE<br>Assistant United States Attorney |
| DATED: February 28, 2012 | LAW OFFICES OF SCOTT L. TEDMON |
| | /s/ Scott L. Tedmon<br>SCOTT L. TEDMON<br>Attorney for Bradley Dayley |

## **ORDER**

GOOD CAUSE APPEARING and based upon the above stipulation and waivers,

IT IS ORDERED that the restitution hearing is continued to Friday, March 30, 2012, at 10:00 a.m.

**IT IS SO ORDERED.**

| | |
|---|---|
| DATED: February 29, 2012 | /s/ Edward J. Garcia<br>EDWARD J. GARCIA<br>United States District Judge |