# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA  )
    v.  ) CR NO: 2:09-CR-0523 EJG
      )
BRADLEY ALAN DAYLEY

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
    ☒ Ad Prosequendum      ☐ Ad Testificandum.

Name of Detainee: **BRADLEY ALAN DAYLEY**

Detained at (custodian): North Kern State Prison (NKSP)

Detainee is:    a.)    ☒ charged in this district by:
                 ☒ Indictment      ☐ Information      ☐ Complaint
                 Charging Detainee With:

     or    b.)    ☒ a witness not otherwise available by ordinary process of the Court

Detainee will:    a.)    ☒ return to the custody of detaining facility upon termination of proceedings
     or    b.)    ☐ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary April 27, 2012, 10:00 am in the Eastern District of California.*

Signature: /s/ Laurel D. White
Printed Name & Phone No: **Laurel D. White - (916) 554-2780**
Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS
     ☒ Ad Prosequendum      ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, *April 27, 2012, 10:00 am*, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

March 22, 2012
Date                               United States Magistrate Judge

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if applicable): | N/A | Male ☒ | Female ☐ |
| Booking or CDC #: | AK7697 | DOB: | 02/14/1971 |
| Facility Address: | 2737 West Cecil Avenue | Race: | White |
| | Delano, CA 93215 | USM #: | 66437-097 |
| Facility Phone: | (661) 721-2345 | | |
| Currently Incarcerated For: | Production and Possession of Child Pornography | | |

## RETURN OF SERVICE

Executed on _____ by _____ _____
                                                                                (Signature)