1  LAW OFFICES OF SCOTT L. TEDMON
   A Professional Corporation
2  SCOTT L. TEDMON, CA. BAR # 96171
   1050 Fulton Avenue, Suite 218
3  Sacramento, California 95825
   Telephone: (916) 482-4545
4  Facsimile:  (916) 482-4550
   Email: tedmonlaw@comcast.net

5
   Attorney for Defendant
6  BRADLEY DAYLEY

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,            )
                                         )
12              Plaintiff,               )   Cr. No. S-09-523 EJG
                                         )
13                                       )   STIPULATION AND
                                         )   ORDER TO CONTINUE RESTITUTION
14                                       )   HEARING
                                         )
15  BRADLEY DAYLEY,                      )
                                         )   Date:  March 30, 2012
16              Defendant.               )   Time:  10:00 a.m.
                                         )   Judge: Hon. Edward J. Garcia
17  _____)

18        The United States of America, through Assistant U.S. Attorney Laurel D. White, and

19  defendant Bradley Dayley, through his counsel Scott L. Tedmon, hereby stipulate and agree as

20  follows:

21        1. The restitution hearing in this case is set for Friday, March 30, 2012 at 10:00 a.m.

22        2. Counsel for both the government and defendant Dayley have been working towards an

23  agreed upon resolution regarding restitution.  Counsel for the government has received information

24  from the victim that relates to the issue of restitution.  The government and defense need additional

25  time to review this information in order to appropriately assess and determine restitution.

26        3. As such, the government and defendant Dayley stipulate it is appropriate to continue the

27  current restitution hearing to Friday, April 27, 2012 at 10:00 a.m.  The Court's availability for the

28  April 27, 2012 status conference date has been confirmed.

                                         - 1 -

1  4.  Accordingly, the parties agree to waive the statutory time for holding the restitution

2  hearing and stipulate the Court should continue the restitution hearing to April 27, 2012.

3  Finally, Scott L. Tedmon has been authorized by all counsel to sign this stipulation on their

4  behalf.

5  **IT IS SO STIPULATED.**

6  DATED: March 22, 2012                    BENJAMIN B. WAGNER
                                           United States Attorney
7
                                            /s/ Laurel D. White
8                                          LAUREL D. WHITE
                                           Assistant United States Attorney
9

10  DATED: March 22, 2012                    LAW OFFICES OF SCOTT L. TEDMON

11                                           /s/ Scott L. Tedmon
                                           SCOTT L. TEDMON
12                                         Attorney for Bradley Dayley

13

14

15                                  **ORDER**

16  GOOD CAUSE APPEARING and based upon the above stipulation and waivers,

17  IT IS ORDERED that the restitution hearing is continued to Friday, April 27, 2012, at 10:00

18  a.m.

19  **IT IS SO ORDERED.**

20

21  DATED: March 23, 2012                  /s/ Edward J. Garcia

22                                         EDWARD J. GARCIA
                                           United States District Judge
23

24

25

26

27

28