1 | LAW OFFICES OF SCOTT L. TEDMON
A Professional Corporation
2 | SCOTT L. TEDMON, CA. BAR # 96171
1050 Fulton Avenue, Suite 218
3 | Sacramento, California 95825
Telephone: (916) 482-4545
4 | Facsimile: (916) 482-4550
Email: tedmonlaw@comcast.net

Attorney for Defendant
BRADLEY DAYLEY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Cr. No. S-09-523 EJG |
| v. | STIPULATION AND ORDER AMENDING DEFENDANT DAYLEY'S JUDGMENT AND COMMITMENT ORDER |
| BRADLEY DAYLEY, | |
| Defendant. | |

Plaintiff United States of America, through counsel Laurel D. White, and defendant Bradley Dayley, through counsel Scott L. Tedmon, hereby stipulate this Court amend the Imprisonment Section of the Judgment and Commitment Order as follows:

"The Federal Court has primary jurisdiction over defendant Dayley. Defendant Dayley's federal sentence is imposed consecutive to his state sentence and Dayley's federal sentence is to be served before his state sentence begins. The defendant is remanded to the custody of the United States Marshal for delivery to the federal institution designated by the Bureau of Prisons to serve his 360 month sentence. Said federal sentence is to run consecutively and is to be completed prior to serving any previously imposed state sentence."

- 1 -

**IT IS SO STIPULATED.**

DATED: May 4, 2012                      BENJAMIN B. WAGNER
                                            United States Attorney

                                            /s/ Laurel D. White
                                            LAUREL D. WHITE
                                            Assistant United States Attorney

DATED: May 4, 2012                      LAW OFFICES OF SCOTT L. TEDMON

                                            /s/ Scott L. Tedmon
                                            SCOTT L. TEDMON
                                            Attorney for Bradley Dayley

## **ORDER**

**GOOD CAUSE APPEARING**, and based on the foregoing, this Court amends the Imprisonment Section of the Judgment and Commitment Order as follows:

"The Federal Court has primary jurisdiction over defendant Dayley. Defendant Dayley's federal sentence is imposed consecutive to his state sentence and Dayley's federal sentence is to be served before his state sentence begins. The defendant is remanded to the custody of the United States Marshal for delivery to the federal institution designated by the Bureau of Prisons to serve his 360 month sentence. Said federal sentence is to run consecutively and is to be completed prior to serving any previously imposed state sentence."

**IT IS SO ORDERED.**

DATED: May 4, 2012

                                     /s/ Edward J. Garcia

                                     EDWARD J. GARCIA
                                     UNITED STATES DISTRICT JUDGE