```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  LAUREL D. WHITE
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2780

 5

 6

 7                IN THE UNITED STATES DISTRICT COURT

 8              FOR THE EASTERN DISTRICT OF CALIFORNIA

 9

10  UNITED STATES OF AMERICA,    )   No. CR-S 09-523-EJG
                                 )
11              Plaintiff,       )   STIPULATION AND ORDER DIRECTING
                                 )   PAYMENT OF RESTITUTION.
12       v.                      )
                                 )
13  BRADLEY ALAN DAYLEY,         )
                                 )
14                               )
                Defendant.       )
15  _____)

16
```

The undersigned parties agree that defendant Bradley Alan Dayley, shall be ordered to pay restitution in the amount of $120,000 to the victim in this case, identified in paragraph 2 of the Presentence Report as **B.W.** The parties further agree that the amount agreed upon is based on the diagnosis of the victim's psychologist and psychiatrist, their treatment plan, the anticipated duration of treatment, and the estimated cost of psychological treatment.

///

///

///

**Stipulation and Order Directing Payment of Restitution.**
**U.S. v. Dayley, No.Cr.S 09-523-EJG**            1

| | |
|---|---|
| DATED: May 4, 2012 | Respectfully submitted, |
| | BENJAMIN B. WAGNER<br>United States Attorney |
| | By: /s/ Laurel D. White<br>LAUREL D. WHITE<br>Assistant U.S. Attorney |
| DATED: May 4, 2012 | By: /s/ Scott Tedmon<br>SCOTT TEDMON<br>Attorney for Defendant<br>Bradley Alan Dayley |

**ORDER**

Based on the stipulation of the parties and good cause appearing, the defendant Bradley Alan Dayley, shall be ordered to pay restitution to his victim, identified in Paragraph 2 of the Presentence Report as **B.W.**, in the amount totaling $120,000.

**IT IS SO ORDERED.**

Date: _May 4, 2012_____

/s/ Edward J. Garcia
_____
EDWARD J. GARCIA
Senior U.S. District Court Judge

**Stipulation and Order Directing Payment of Restitution.**
<u>U.S. v. Dayley</u>, No.Cr.S 09-523-EJG    2